1  AARON D. FORD
   Attorney General
2  LEO T. HENDGES (Bar No. 16034)
   Senior Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  1 State of Nevada Way
   Suite 100
5  Las Vegas, Nevada 89119
   (702) 486-3795 (phone)
6  (702) 486-3768 (fax)
   Email: lhendges@ag.nv.gov
7
   *Attorneys for Defendant*
8  *Mark Nelson*

9

10              UNITED STATES DISTRICT COURT

11                  DISTRICT OF NEVADA

12 | EDMOND PAUL PRICE,        | Case No. 2:20-cv-00894-CDS-DJA
13 |        Plaintiff,          | Stipulation of Dismissal
14 | v.                         |
15 | CHARLES DANIELS, et al.,   |
16 |        Defendants.         |

17

18     IT IS HEREBY STIPULATED by and between Plaintiff, Edmond Paul Price, and
19 Defendant Mark Nelson, by and through counsel, Aaron D. Ford, Nevada Attorney General,
20 and Leo T. Hendges, Senior Deputy Attorney General, of the State of Nevada, Office of the
21 Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the
22 above-captioned action be dismissed with prejudice, with each party bearing their own
23 attorney's fees and costs.
24 ///
25 ///
26 ///
27 ///
28 ///

1  The Parties have resolved this matter in its entirety, the terms of the agreement have been
2  satisfied, and the parties agree that the Court may accordingly close the case, with
3  prejudice. Any outstanding deadlines are considered moot.

DATED this 15 day of August, 2025.        DATED this 13th day of August, 2025

                                                AARON D. FORD
                                                Attorney General

By: _____              By: /s/ *Leo T. Hendges*
EDMOND PAUL PRICE #1112167              LEO T. HENDGES, (Bar No. 16034)
Plaintiff                               Senior Deputy Attorney General
                                                *Attorneys for Defendant*

     Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

                                           _____
                                           UNITED STATES DISTRICT JUDGE

                                           Dated: August 19, 2025